PACHULSKI STANG ZIEHL & JONES LLP
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

*Counsel for Highland Capital Management L.P.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS L.P. and NEXPOINT ADVISORS L.P.,**<br><br>    Appellants,<br><br>v.<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>    Appellee. | **Case No. 3:21-cv-00538-N** |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER PAPERS

PLEASE TAKE NOTICE that Gregory V. Demo of Pachulski Stang Ziehl & Jones LLP appears on behalf of appellee Highland Capital Management, L.P. Any document or other information required to be served on counsel pursuant to the Federal Rules of Civil Procedure, this Court's Local Civil rules, or applicable orders of this Court should be sent to:

> Pachulski Stang Ziehl & Jones LLP
> Gregory V. Demo (NY Bar No. 5371992)
> 10100 Santa Monica Boulevard, 13th Floor
> Los Angeles, CA  90067
> Telephone: (310) 277-6910
> Facsimile: (310) 201-0760
> Email: gdemo@pszjlaw.com

DATED: April 23, 2021.

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Gregory V. Demo*
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  gdemo@pszjlaw.com

**HIGHLAND CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF SERVICE

　　　I hereby certify that a true and correct copy of the foregoing *Notice of Appearance* has been served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

*/s/ Gregory V. Demo*
Gregory V. Demo